UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RALPH HILL,<br><br>       Plaintiff,<br><br>v.<br><br>PRUITTHEALTH, INC.,<br><br>       Defendant. | Civil Action File No.<br>1:15-cv-03569-WSD-JSA |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff has agreed to dismiss all claims against Defendant on the condition that Defendant not seek its costs incurred in this litigation from Plaintiff. Defendant is providing no other monetary consideration for Plaintiff's agreement. Accordingly, Plaintiff Ralph Hill and Defendant PruittHealth, Inc., by and through counsel and pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), hereby stipulate that all of the claims that were, or could have been, asserted in the above-captioned matter are voluntarily dismissed in their entirety, with prejudice, with each party to bear its or his own costs and fees.

Respectfully submitted, this 8th day of May 2017.

*[Signatures of counsel appear on the following page.]*

-1-

Jointly and respectfully submitted,

| | |
|---|---|
| s/Benjamin A. Stark | s/G. Blaylock "Blake" Andrews |
| Benjamin A. Stark | G. Blaylock "Blake" Andrews |
| Georgia Bar No. 601867 | Georgia Bar No. 019375 |
| | |
| BARRETT & FARAHANY | BLAKE ANDREWS LAW FIRM, LLC |
| 1100 Peachtree Street, N.E., Suite 500 | 1831 Timothy Drive |
| Atlanta, Georgia 30309 | Atlanta, Georgia 30329 |
| (404) 214-0120 Telephone | (770) 828-6225 Telephone |
| (404) 214-0125 Facsimile | (866) 828-6882 Facsimile |
| bstark@justiceatwork.com | blake@blakeandrewslaw.com |
| | |
| Attorney for Plaintiff Ralph Hill | Attorney for Defendant PruittHealth, Inc. |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RALPH HILL,<br><br>  Plaintiff,<br><br>v.<br><br>PRUITTHEALTH, INC.,<br><br>  Defendant. | Civil Action File No.<br>1:15-cv-03569-WSD-JSA |

## LOCAL RULE 7.1D CERTIFICATION

I hereby certify that the foregoing complies with the font and point requirements of LR 5.1, to wit, this brief was prepared in Times New Roman font, 14-point type.

s/Benjamin A. Stark
Benjamin A. Stark
Georgia Bar No. 601867

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RALPH HILL,<br><br>　　　Plaintiff,<br><br>v.<br><br>PRUITTHEALTH, INC.,<br><br>　　　Defendant. | Civil Action File No.<br>1:15-cv-03569-WSD-JSA |

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2017, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

　　　G. Blaylock "Blake" Andrews

　　　　　　　s/Benjamin A. Stark
　　　　　　　Benjamin A. Stark
　　　　　　　Georgia Bar No. 601867